IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| *LINDA KATHRYN SHOAFF, AS GUARDIAN AND CONSERVATOR FOR FRANCES GAHAGAN* | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Cause No. 3:11-cv-05003-JTM<br>) |
| *NORTHPORT HEALTH SERVICES OF MISSOURI, L.L.C. D/B/A WEBB CITY HEALTH AND REHABILITATION CENTER,* | )<br>) **JURY TRIAL DEMANDED**<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM TO THE COURT

COMES NOW defendant, Northport Health Services of Missouri, LLC, by and through its attorneys, Sandberg Phoenix & von Gontard P.C., and informs the Court that a complete settlement of this case was achieved at the February 25, 2011 EAP session with the designated neutral, Mr. Kirk Goza.

SANDBERG PHOENIX & von GONTARD P.C.

By: s/Timothy P. Dugan
Stephen M. Strum, # 37133
Timothy P. Dugan, #48752
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
E-mail: sstrum@sandbergphoenix.com
tdugan@sandbergphoenix.com

Attorneys for Defendant
Webb City Health and Rehabilitation Center

### Certificate of Service

I hereby certify that on 9th day of March, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Daniel D. Whitworth
Whitworth, McPherson & Longnecker, LLC.
626 Byers Avenue
Joplin, MO 64801
ddwhitworth@sbcglobal.net

s/Timothy P. Dugan

2839548\1