# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| **Linda Kathryn Shoaff,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 11-5003-CV-SW-JTM |
| | ) |
| **Northport Health Services of Missouri, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

Pursuant to the agreement of the parties, it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

                                       */s/ John T. Maughmer*
                                       **JOHN T. MAUGHMER**
                                       **U. S. MAGISTRATE JUDGE**